

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KAREN AVERY ET AL.                             CIVIL ACTION

VERSUS                                         NO. 05-3240

UNITED STATES AIR FORCE ET AL.                 SECTION "C" (2)

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's second motion for discovery sanctions, Record Doc. No. 16, be GRANTED and that plaintiffs' complaint is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of August, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____